IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HACKETT | : | CIVIL ACTION |
| Petitioner, | : | No. 03-CV-4310-JP |
| v. | : | Capital Habeas Corpus |
| ROBERT GILMORE, Superintendent, State Correctional Institution at Greene | : | Hon. John R. Padova |
| | : | |
| Respondent. | : | |

**ORDER**

**AND NOW** this 29th day of March 2021, with the joint agreement of the parties, **IT IS HEREBY ORDERED** that this matter be stayed and abeyed until further order of this Court to permit pending state court litigation to be resolved. It is further ORDERED that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File. Counsel for Petitioner is ORDERED to notify the Court within thirty (30) days of the conclusion of state court proceedings.

BY THE COURT:

_____/s/ John R. Padova_____
John R. Padova,          J